**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| BRUCE HERDT, | - |
| | -   Case No.: 3:14-cv-00235-JRS |
| Plaintiff, | - |
| | - |
| v. | - |
| | - |
| GC SERVICES LIMITED PARTNERSHIP, | - |
| | - |
| Defendant. | - |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, BRUCE HERDT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:__/s/ Richard W. Ferris____
Richard W. Ferris (VSB# 31812)
Ferris Winder, PLLC
530 East Main Street, Suite 710
Richmond VA 23219
Tel: 804-767-1800
E-mail: rwferris@ferriswinder.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Richard W. Ferris
Richard W. Ferris
Attorney for Plaintiff