IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRUCE HERDT,

    Plaintiff,

v.      Civil Action No. 3:14-cv-00235

GC SERVICES LIMITED
PARTNERSHIP,

    Defendant.

## ORDER

This matter comes before the Court on the plaintiff's filing of a notice of settlement. (Dk. No. 8.) Based upon the plaintiff's representation that the parties have settled this matter, the Court cancels the pretrial conference currently scheduled for July 16, 2014. The Court DIRECTS the parties to file a stipulation of dismissal with this Court no later than August 25, 2014.

It is so ORDERED.

Let the Clerk send a copy to all counsel of record.

Date: June 26, 2014
Richmond, VA

/s/ _____
John A. Gibney, Jr.
United States District Judge