UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
~~ALEXANDRIA~~ Richmond DIVISION

BRUCE HERDT,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

Case No.: 3:14-cv-00235-JRS

## ORDER OF STIPULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 9/10/14

/s/
John A. Gibney, Jr.
United States District Judge

John A. Gibney, Jr.
United States District Judge

1
ORDER